

FILED BY _____ D.C.

JAN 19 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# IN THE SOUTHERN DISTRICT COURT OF, FLORIDA
## FT. LAUDERDALE
## CRIMINAL DIVISION

| | | |
|---|---|---|
| STATE OF FLORIDA, | * | CASE NO.:   93-8051-CR |
| | * | Ungaro-Benages |
| Plaintiff, | * | |
| | * | JUDGE |
| | * | |
| vs. | * | **APPLICATION FOR SEALING** |
| | * | **OF RECORD OF CONVICTION** |
| RUDOLPH BOOKER | * | **(MISDEMEANOR)** |
| 2920 Lakeview ave. | * | |
| Dayton, Ohio 45417 | * | |
| | * | |
| Defendant. | * | |

---

Now comes Defendant by and through counsel asking that the Court expunge Mr. Booker record in this case. The case originated in 1993 and Mr. Booker plead guilty in the Court on 1/7/1994. Count 2 of this indictment charges interstate transportation of stolen securities in violation of 18 U.S.C. § 2314. The defendant plead guilty   pursuant to the terms of a written plea agreement. Mr. Booker has had no other issue once this case.

Respectfully submitted,

_____
David E. Stenson, # 0042671
Attorney for Defendant
Talbott Towers
131 N. Ludlow street, Ste. 316
Dayton, Ohio 45402
(937) 225-3981
(937) 225-3996

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing document was delivered to the prosecutor's office the same day as filed.

_____
David E. Stenson
Attorney for Defendant

**IN THE SOUTHERN DISTRICT COURT OF, FLORIDA**
**FT. LAUDERDALE**
**CRIMINAL DIVISION**

| | | |
|---|---|---|
| STATE OF FLORIDA, | * | CASE NO.: 93-8051-CR- |
| | * | Ungaro-Benages |
| Plaintiff, | * | |
| | * | **JUDGE** |
| | * | |
| vs. | * | **ENTRY AND SEALING** |
| | * | **RECORD OF CONVICTION** |
| RUDOLPH BOOKER | * | **(MISDEMEANOR)** |
| 2920 Lakeview Ave. | * | |
| Dayton, Ohio 45417 | * | |
| | * | |
| Defendant. | * | |

The Court being moved by Defendant and for good cause shown hereby finds Defendant's Motion well taken and finds as follows:

1. A review of Defendant's record shows he is ___ eligible to have his record of conviction sealed.

2. That Defendant is not currently being charged with a crime.

3. That Defendant's conviction has been over a year ago.

4. That Defendant's conviction was for a misdemeanor.

The Court hereby ORDERS as follows:

Defendant Rudolph Booker's Record of Conviction under case number 93-8051-CR- Ungaro-Benages shall _____ be sealed.

**IT IS SO ORDERED:**

_____
**JUDGE**



1000

David E. Stenson
131 N. Ludlow Street, Suite 316
Dayton, Ohio 45402

To:   Southern District of Florida
      Fort Lauderdale
      299 East Broward Boulevard #108
      Fort Lauderdale, FL 33301