UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 93-8051-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RUDOLPH BOOKER,

        Defendant.

_____/

ORDER

THIS cause is before the Court on the Defendant's Motion/Application for Sealing Record of Conviction (DE#1439) and the Court having reviewed the matter, being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Motion is DENIED.

DONE AND ORDERED at the United States District Court, Miami, Florida, this 29 day of Jan, 2021.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record